UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WILLIAM MAWSON, SR.,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:13-1714 |
| : | |
| v : | |
| : | (MANNION, D.J.) |
| **THE PITTSTON POLICE DEPT.,** : | (SCHWAB, M.J.) |
| *et al.*, : | |
| : | |
| Defendants : | |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Judge Schwab's report and recommendation, (Doc. 23), is **ADOPTED IN FULL**;

(2) The defendants' motion to dismiss, (Doc. 13), is **GRANTED IN PART** and **DENIED IN PART**;

(3) The plaintiff's §1983 claims for harm to reputation and abuse of process are **DISMISSED WITH PREJUDICE**;

(4) The plaintiff's claim of defamation is **DISMISSED WITHOUT PREJUDICE** to refiling in a proper state court;

(5) The Pittston Police Department, Officers Moyer and Shumosic, Sargent Murphy, and Chief Powers are **DISMISSED** from this

action entirely.

(6)  The clerk is **ORDERED** to terminate The Pittston Police Department, Officers Moyer and Shumosic, Sargent Murphy, and Chief Powers from this action;

(7)  In all other respects, the defendants' motion is **DENIED**;

(8)  The case will be **REFERRED** to Judge Schwab for further pre-trial proceedings as to the remaining §1983 fourth amendment claim against Officer DeSimone.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:   **July 28, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1714-01-ORDER.wpd