# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**ROBERT WILLIAM MAWSON, SR.,** :

   **Plaintiff**                                   :        **CIVIL ACTION NO. 3:13-1714**

   **v.**                                         :              **(JUDGE MANNION)**

**THE PITTSTON POLICE**           :
**DEPARTMENT,** *et al.,*
                                             :

   **Defendants**

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

**(1)** Judge Schwab's Report and Recommendation, (Doc. 90), is **ADOPTED IN PART and NOT ADOPTED IN PART;**

**(2)** The defendant's motion for summary judgment, (Doc. 69), is **GRANTED IN PART** insofar as the defendant is entitled to qualified immunity for initiating a *Terry* stop**;**

**(3)** The defendant's motion for summary judgment, (Doc. 69), is **DENIED IN PART** insofar as the defendant is not entitled to qualified immunity for the scope and duration of the *Terry* stop; and

**(4)**   The court will issue a separate scheduling order setting forth the Final Pretrial Conference and Trial dates.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 18, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1714-02-ORDER.wpd